No. 127. GIDEON DIXON ET AL., APPELLANTS, *v.* GEORGE W. GOETHALS ET AL. Appeal from the United States Circuit Court of Appeals for the Fifth Circuit. Motion to dismiss or affirm submitted November 20, 1916. Decided December 4, 1916. *Per Curiam.* Judgment affirmed with costs upon the authority of *McCollum* v. *Eager*, 2 How. 61; *Thomas* v. *Wooldridge*, 23 Wall. 283; *Buffington* v. *Harvey*, 95 U. S. 99; *Rexford* v. *Brunswick-Balke-Collander Co.*, 228 U. S. 339, 346. *Mr. Benjamin T. Waldo* and *Mr. Challen B. Ellis* for the appellants. *The Attorney General* and *The Solicitor General* for the appellees.